AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH VITULLO

V.

PHILLIP S. STENGER

V.

Park Ave. Modular Homes, Inc. and
John S. Vitkevich

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

MBD 05-mc-10116

Case Number: CA. 01-297 ML

I, __DAVID A DIMARZIO__ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action __April 23, 2004__, as it appears in the records of this court, and that
Date

* No Notice of Appeal from this judgment has been filed, and no motion of any kind listed under Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

March 7, 2005
Date

David A. DiMarzio
Clerk

_(signature)_
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH VITULLO

v.                                                      C.A. No. 01-297mL

PHILLIP S. STENGER

v.

PARK AVENUE MODULAR HOMES, INC.
AND JOHN S. VITKEVICH

### JUDGMENT

[ ] *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] *Decision by the Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

*IT IS ORDERED AND ADJUDGED:*

Judgment is hereby entered for the defendant/third party plaintiff, Phillip S. Stenger, against Park Avenue Modular Homes, Inc. and John S. Vitkevich, jointly and severally, in the amount of $300,000.00, plus interest, pursuant to the Memorandum and Order dated April 23, 2004 GRANTING defendant/third party plaintiff, Phillip S. Stenger's, Motion for Summary Judgment.

Enter:

*Barbara Barletta*
Deputy Clerk

DATED: April 23, 2004

66